WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
lrobbins@wrightlegal.net
*Attorneys for Plaintiff, Deutsche Bank Trust Company Americas as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QS3*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE FOR RESIDENTIAL ACCREDIT LOANS, INC., MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-QS3,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; COMMONWEALTH LAND TITLE COMPANY; EQUITY TITLE, LLC dba EQUITY TITLE OF NEVADA; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.:  2:20-cv-02220-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO MOTIONS TO DISMISS [ECF Nos. 15-16]**<br><br>**[First Request]** |

Plaintiff, Deutsche Bank Trust Company Americas as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QS3 ("Deutsche Bank"), Specially-Appearing Defendant Fidelity National Title Group, Inc. ("Fidelity") and Defendant Commonwealth Land Title Insurance Company ("Commonwealth", collectively "Defendants"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On December 8, 2020, Deutsche Bank filed its Complaint in Eighth Judicial District Court, Case No. A-20-826046-C [ECF No. 1-1];

2. On December 8, 2020, Commonwealth filed its Petition for Removal to this Court [ECF No. 1];
3. On January 27, 2021, Commonwealth filed a Motion to Dismiss [ECF No. 15];
4. On January 27, 2021, Fidelity also filed a Motion to Dismiss [ECF No. 16];
5. Deutsche Bank's deadline to respond to Defendants' Motions to Dismiss is currently February 10, 2021;
6. Deutsche Bank's counsel is requesting an extension until March 15, 2021, to file its response to the pending Motions to Dismiss;
7. This extension is requested to allow Deutsche Bank additional time to finalize and file its response to the pending Motions to Dismiss as lead handling counsel for Deutsche Bank continues to recover from an unexpected medical emergency.
8. Counsel for Defendants does not oppose the requested extension;

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

9. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 9th day of February, 2021.                    DATED this 9th day of February, 2021.

WRIGHT, FINLAY & ZAK, LLP                                 SINCLAIR BRAUN LLP

*/s/ Lindsay D. Robbins*                                  */s/ Kevin S. Sinclair*
Lindsay D. Robbins, Esq.                                  Kevin S. Sinclair, Esq.
Nevada Bar No. 13474                                      Nevada Bar No. 12277
7785 W. Sahara Ave., Suite 200                            16501 Ventura Boulevard, Suite 400
Las Vegas, NV 89117                                       Encino, California 91436
*Attorneys for Plaintiff, Deutsche Bank Trust             Attorney for Defendants, Fidelity National
Company Americas as Trustee for                           Title Group, Inc. and Commonwealth Land
Residential Accredit Loans, Inc., Mortgage                Title Insurance Company*
*Asset-Backed Pass-Through Certificates,
Series 2006-QS3*

**IT IS SO ORDERED.**

Dated February 10, 2021.

_____
UNITED STATES DISTRICT COURT JUDGE